702 A.2d 357

Glenn GODSHALL and Bonnie G. Ostrofsky, h/w, Individually and Glenn Godshall and Bonnie G. Ostrofsky, as Co–Administrators of the Estates of Jennifer Lynn Godshall, Deceased, and Danielle Ann Godshall, Deceased, Petitioners,

v.

Jeffrey M. BLATT, M.D., Richard Crispino, M.D., Blatt and Crispino Ob/Gyn Associates, Ltd., Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Thomas B. Grier, Bensalem, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accord with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.,* 549 Pa. 200, 701 A.2d 156 (1997).